UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61517-CV-UNGARO
MAGISTRATE JUDGE REID

RUPERT ALEXANDERR DUNN,

    Petitioner,

v.

WILLIAM BARR, *et al.*,

    Respondent.

_____/

# REPORT RECOMMENDING DISMISSAL OF EMERGENCY MOTION FOR STAY OF REMOVAL [ECF No. 1] FOR LACK OF JURISDICTION

The *pro se* Movant has filed this Emergency Motion for Stay of Removal. [ECF No. 1]. Movant seeks an order staying his removal during the pendency of his application to reopen his immigration proceedings. [*Id.* at 2].

"Following the enactment of the REAL ID act of 2005, district courts lack habeas jurisdiction to entertain challenges to final orders of removal." *Themeus v. U.S. Dep't of Justice*, 643 F. App'x 830, 832 (11th Cir. 2016) (citing 8 U.S.C. § 1252(a)(5)) (citations omitted). A petition for review of an order of removal and a request for stay of removal must be filed "with the court of appeals for the judicial circuit in which the immigration judge completed the proceedings." 8 U.S.C. § 1252(b)(2). Accordingly, this Motion for a stay of removal must be made to the

appropriate court of appeals, in this instance the Eleventh Circuit Court of Appeals. *See Dorelien v. U.S. Attorney General*, 317 F.3d 1314, 1317, 1319 (11th Cir. 2003) ("As outlined in *Weng v. U.S. Attorney General* [287 F.3d 1335 (11th Cir. 2002) ], this Court correctly concluded that 'the plain language of "enjoin[ing]" removal of an alien ... encompasses the act of staying of removal.' ... '[N]o court shall enjoin ... removal' encompasses [Petitioner's] motion because stay relief is quintessential injunctive relief.").

It is therefore **RECOMMENDED** that the Emergency Motion for Stay of Removal [ECF No. 1] be **DISMISSED** for lack of jurisdiction.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report. Failure to file timely objections shall bar movant from a de novo determination by the District Judge of an issue covered in this report and shall bar the parties from attacking on appeal factual findings accepted or adopted by the District judge except upon grounds of plain error or manifest injustice. *See* 28 U.S.C. § 636(b)(1); *see also Thomas v. Arn*, 474 U.S. 140, 148-53 (1985).

**SIGNED** this 1st day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

cc:
Rupert Alexander Dunn
A# 087-201-281
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073
PRO SE
Noticing 2241/Bivens US Attorney
Email: usafls-2255@usdoj.gov

Noticing INS Attorney
Email: usafls-immigration@usdoj.gov