**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 0:20-cv-61517-UU/REID

RUPERT ALEXANDERR DUNN,

    Movant,

v.

UNITED STATES ATTORNEY GENERAL, et al.,

    Respondents.

_____/

## **ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

This Cause is before the Court upon Petitioner's *pro se* Emergency Motion for Stay of Removal (D.E. 1) (the "Motion").

THE COURT has considered the Motion and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge Lisette M. Reid, who, on October 1, 2020, issued a Report (the "Report") (D.E. 6) recommending that the Motion be dismissed because "district courts lack habeas jurisdiction to entertain challenges to final orders of removal." D.E. 6 at 1 (quoting *Themeus v. U.S. Dep't of Justice*, 643 F. App'x 830, 832 (11th Cir. 2016) (citing 8 U.S.C. § 1252(a)(5)) (citations omitted)). Further, a petition for review of an order of removal and a request for stay of removal must be filed "with the court of appeals for the judicial circuit in which the immigration judge completed the proceedings." *Id.* (quoting 8 U.S.C. § 1252(b)(2)).

Petitioner, who was given fourteen days to file objections to the Report, did not file objections. *See LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding that failure to file timely objections bars the parties from attacking factual findings on appeal).

Upon *de novo* review, the Court agrees with Magistrate Judge Reid's recommendations and concurs in all her findings. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report, D.E. 6, is RATIFIED, ADOPTED, and AFFIRMED. It is further

ORDERED AND ADJUDGED that the Motion, D.E. 1, is DISMISSED. It is further

ORDERED AND ADJUDGED that this case is CLOSED.

DONE AND ORDERED in Chambers in Miami, Florida this 26th__ day of October, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies provided:
Rupert Alexanderr Dunn, *pro se*